No. 651. HAGUE, MAYOR, ET AL. v. COMMITTEE FOR INDUSTRIAL ORGANIZATION ET. AL. February 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. Proceedings for execution and enforcement of the decree of injunction entered herein are stayed pending the hearing and determination of the cause. *Messrs. James A. Hamill, John A. Matthews, Charles Hershenstein,* and *Edward J. O'Mara* for petitioners. *Messrs. Morris L. Ernst, Spaulding Frazer, Lee Pressman* and *Benjamin Kaplan* for respondents.

No. 626. TREINIES v. SUNSHINE MINING CO. ET AL. February 13, 1939. Motion for leave to proceed *in forma pauperis,* and petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, granted. *Mr. Thos. D. Aitken* for petitioner. No appearance for respondents.

No. 582. ELECTRICAL FITTINGS CORP. ET AL. v. THOMAS & BETTS CO. ET AL. February 13, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Samuel E. Darby, Jr.* and *Floyd H. Crews* for petitioners. *Messrs. Geo. Whitefield Betts, Jr., William Bohleber,* and *Francis H. Fassett* for respondents.

No. 606. SANTA MONICA MOUNTAIN PARK CO. v. UNITED STATES. February 27, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. John B. Milliken, Claude I. Parker,* and *L. A. Luce* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs.*